## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REBEKAH GEE, *et al.*, <br><br> Defendants. | **CASE NO:** 3:17-cv-404-BAJ-RLB |

### MOTION FOR LEAVE TO FILE LETTER IN RESPONSE TO DEFENDANTS' NOVEMBER 7, 2017 LETTER

Plaintiffs hereby move for leave to file a letter in response to Defendants November 7, 2017 letter, *see* ECF 44, addressing the parties' November 6, 2017 Stipulation of Dismissal of John Doe 7. *See* ECF 43. Although briefing on Defendants' Motion to Dismiss the Complaint was completed on October 12, 2017, Defendants' letter contains argument in support of that motion. Plaintiffs would like to respond briefly, in the form of the letter attached hereto as Exhibit A, in advance of oral argument.

Dated: November 14, 2017

Respectfully submitted,

| */s/ Larry Samuel* | */s/ Shannon Rose Selden* | */s/ Zoe Levine* |
|---|---|---|
| Charles M. (Larry) Samuel, III <br> La. State Bar No. 11678 <br> RITTENBERG, SAMUEL & PHELPS LLC <br> 715 Girod St. <br> New Orleans, LA 70130-3505 <br> (504) 524-5555 <br> samuel@rittenbergsamuel.com <br><br> *Attorneys for Plaintiffs* | Shannon Rose Selden* <br> Anna Moody* <br> Amanda M. Bartlett* <br> Holly S. Wintermute* <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Ave <br> New York, NY 10022 <br> (212) 909-6000 <br> srselden@debevoise.com | Zoe Levine* <br> Jenny Ma* <br> Caroline Sacerdote* <br> CENTER FOR REPRODUCTIVE RIGHTS <br> 199 Water St., 22nd Floor <br> New York, NY 10038 <br> (917) 637-3600 <br> zlevine@reprorights.org <br><br> *admitted pro hac vice |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, a true and correct copy of the foregoing was served on counsel for Defendants via the Middle District of Louisiana's Electronic Filing System.

/s/ *Shannon Rose Selden*
Shannon Rose Selden
srselden@debevoise.com

Dated: November 14, 2017

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> REBEKAH GEE, *et al.*, <br><br>                              Defendants. | **CASE NO:** 3:17-cv-404-BAJ-RLB |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE LETTER IN RESPONSE TO DEFENDANTS' NOVEMBER 7, 2017 LETTER

Upon consideration of Plaintiffs' Motion, IT IS HEREBY ORDERED that the Motion is granted.

Baton Rouge, Louisiana this ____ day of _____, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3

# Exhibit A

November 14, 2017

BY ECF

The Honorable Brian A. Jackson
U.S. District Court for the Middle District of Louisiana
Russell B. Long Building and Federal Courthouse
777 Florida Street, Suite 375
Baton Rouge, LA 70801

    Re:    *June Medical Services LLC, et al. v. Gee, et al.,* Case No. 3:17-cv-404-BAJ-RLB

Dear Chief Judge Jackson:

    We write in response to Defendants' letter filed on November 7, 2017, *see* ECF 44, regarding the parties' November 6, 2017 Stipulation of Dismissal of Plaintiff Dr. John Doe 7 ("Doe 7"). *See* ECF 43. Defendants' letter contains additional argument relating to Defendants' Motion to Dismiss, for which briefing was completed on October 12, 2017. Plaintiffs thus seek leave of the Court to submit the following brief argument in response:

    Defendants' contention that dismissal of Doe 7 "exacerbates pre-existing jurisdictional flaws in Count 1 of Plaintiffs' Complaint . . . and provides an additional reason for dismissal of that claim," ECF 44 at 1, is without merit. It disregards the nature of the claim and right of the remaining Plaintiffs to bring it, and attempts to construe the standing requirements so narrowly as to insulate Defendants' unconstitutional requirements from judicial review.

    The voluntary dismissal of Doe 7 does not strip the remaining Plaintiffs of their own standing to challenge Louisiana's physician-qualification standards. For all of the reasons set forth in their opposition to the Motion to Dismiss and in the Complaint itself, Plaintiffs have adequately pled that OAFLL and the Sham Health Statutes—which include the physician standards, among hundreds of other requirements and restrictions—as applied and enforced by the Louisiana Department of Health violate women's Fourteenth Amendment right to abortion. With respect to the physician-qualification requirement in particular, Plaintiffs have alleged that it unnecessarily bars qualified, trained physicians from providing abortion care simply because they are not specialists in obstetrics and gynecology or family medicine, *see* ECF 1 ¶¶ 26, 122, and in doing so causes ongoing harm to Hope and its

1

patients by limiting Hope's ability to hire healthcare professionals, reducing patient choice, and imposing additional costs and burdens that are necessarily passed onto patients. That provision is alleged to harm Hope and its patients, not just individual physicians like Doe 7, and is one of the multitude of burdensome restrictions implemented pursuant to OAFLL and the Sham Health Statutes that impose an undue burden on women seeking abortions in Louisiana, without a legitimate medical basis.

For all the reasons set forth here and in their opposition to Defendants' Motion to Dismiss, Plaintiffs have amply alleged standing to pursue their constitutional claims and look forward to addressing them in detail at oral argument.

Respectfully submitted,

/s/ Larry Samuel
Charles M. (Larry) Samuel, III
La. State Bar No. 11678
RITTENBERG, SAMUEL & PHELPS LLC
715 Girod St.
New Orleans, LA 70130-3505
(504) 524-5555
samuel@rittenbergsamuel.com

Zoe Levine
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
(917) 637-3639
zlevine@reprorights.org

Shannon Rose Selden
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY 10022
(212) 909-6000
srselden@debevoise.com

cc:     All counsel of record (via ECF)