UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL  
SERVICES, LLC, ET AL.

CIVIL ACTION

VERSUS

REBEKAH GEE, ET AL.

NO: 17-00404-BAJ-RLB

ORDER

IT IS ORDERED that the **Joint Motion to Stay Proceedings (Doc. 121)** is **GRANTED**.

IT IS FURTHER ORDERED that all proceedings in this matter are stayed pending a final judgment by the United States Supreme Court in *June Medical Services L.L.C. v. Gee*, Nos. 18-1460, 18-1323 ("*June I*").

IT IS FURTHER ORDERED that the deadlines detailed in the Court's Notice of Hearing (Doc. 120) are terminated.

IT IS FURTHER ORDERED that within 30 days following the United States Supreme Court's final judgment in *June I*, the parties shall file a joint status report with a proposal for further proceedings in this matter.

Baton Rouge, Louisiana, this 9th day of December, 2019.

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA

1