**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff; DR. JOHN DOE 1, and DR. JOHN DOE 3, on behalf of themselves and their patients,<br><br>                    Plaintiffs,<br><br>v.<br><br>STEPHEN RUSSO, in his official capacity as Secretary of the Louisiana Department of Health; and JAMES E. STEWART, SR., in his official capacity as District Attorney for Caddo Parish,<br><br>                    Defendants. | NO: 3:17-cv-404-BAJ-RLB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the plaintiffs and the defendants as follows:

    1.    This action shall be dismissed with prejudice;

    2.    Each party shall bear its own costs and fees;

    3.    This Stipulation is without prejudice to any claim by any party in any current litigation; and

    4.    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 29, 2020

Respectfully Submitted,

/s/ Charles M. Samuel
Charles M. Samuel III
Louisiana State Bar No. 11678
RITTENBERG, SAMUEL & PHILLIPS, LLC
1539 Jackson Avenue, Suite 630
New Orleans, LA 70130-5887
(504) 524-5555
samuel@rittenbergsamuel.com


Jenny Ma*
Caroline Sacerdote*
Alexandra S. Thompson*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3697
jma@reprorights.org


Shannon Selden*
Anna Moody*
Zachary Saltzman *
Carolina Kupferman*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6082
srselden@debevoise.com


*admitted *pro hac vice*
*Attorneys for Plaintiffs*


Jeff Landry
Louisiana Attorney General
/s/  Elizabeth B. Murrill
Elizabeth B. Murrill (Bar number 20685)
  Solicitor General
J. Scott St. John

   Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov


Stephen S. Schwartz (admitted *pro hac vice*)
sschwartz@Schaerr-Jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060


*Attorneys for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of July, 2020, a true and correct copy of the foregoing was served on counsel for Defendants by electronic service through the Court's CM/ECF system, and by email.

/s/ Zachary Saltzman
Zachary Saltzman
zhsaltzm@debevoise.com