UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | |
| REBEKAH GEE, ET AL. | NO. 17-00404-BAJ-RLB |

### FINAL JUDGMENT

Considering the parties' **Stipulation Of Voluntary Dismissal (Doc. 125)**,

**IT IS ORDERED, ADJUDGED, and DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 15th day of October, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA